```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUNIOUS NIELSEN,                                            :
                                                             :
                     Plaintiff,           :     **ORDER**
                                                             :
     -v-                                              :     23-CV-5619 (JGLC) (HJR)
                                                             :
                                                             :
J.C. PENNY COMPANY, INC.                                    :
                                                             :
                     Defendant.           :
-----------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of plaintiff's motion at Docket No. 64. The Court will hold a telephone conference on this motion on **Wednesday, January 8, at 10:00 a.m.** Plaintiff is directed to attend this conference. The call-in number is 646-453-4442 and the conference ID is 439030492#.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

    **SO ORDERED.**

    November 15, 2024
    New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge