**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JUNIOUS NIELSEN,

                Plaintiff,                     23 **CIVIL** 5619 (JGLC)(HJR)

         -against-                          **JUDGMENT**

J.C. PENNY COMPANY, INC,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 30, 2025, the Court adopts the Report & Recommendation

in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        May 1, 2025

                               **TAMMI M. HELLWIG**
                               **Clerk of Court**

         **BY:**

                               **Deputy Clerk**